```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF ILLINOIS
                         EASTERN DIVISION

JOSHUA JONES,                    )
                                 )
            Plaintiff,           )
                                 )
     v.                          )     No. 10 C 7929
                                 )
SNAPPLE BEVERAGE CORP., etc.,    )
et al.,                          )
                                 )
            Defendants.          )
```

                         MEMORANDUM ORDER

This Court just received the litigants' "Stipulation To Stay Pretrial Deadlines" in this action, and the previously-scheduled status hearing has been held this morning. That joint request is granted, and this Court enters these orders to implement the stipulation:

> 1. In light of the parties' agreement to mediate their dispute before mediator Michael Leech on September 14, the previously-entered directive for filing a final pretrial order and an ensuing pretrial conference is vacated.
>
> 2. Dkt. 54, a pending motion addressing the need to take the deposition of Craig Perry, is treated as having been withdrawn without prejudice.
>
> 3. This action is set for a status hearing at 9 a.m. September 21, 2011. If shortly before that date the parties are still engaged in the course of mediation, there is no need for them to appear in court to convey that information to this Court--instead a telephone call to this Court's

minute clerk will suffice to defer the status hearing to a later date.

_____
Milton I. Shadur
Senior United States District Judge

Date: August 24, 2011